```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014   FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Case No.: 2:05-bk-47803-VK
                                    )
   Mays, Travis                     ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
                                    ) (Bankruptcy Rule 3011)
                                    )
                                    )
                                    )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 629246 and 629247 in the sum of $122.31 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    US First FCU
    P. O. Box 60097
    City of Industry, CA  91716

Date: November 24, 2010



NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                Check No. 629246
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547803-VK | 426-0 | MAYS, TRAVIS L. | 99060194-50 | 0.00 | 86.74 | 0.00 | 86.74 |

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

November 16, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
Suntrust Bank

64-79/611

No. 629246

PAY** Eighty Six Dollars and 74 Cents*********************************************
TO THE ORDER OF

AMOUNT ********$86.74 ***

VOID AFTER February 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

Nancy Curry

⑆629246⑆ ⑈061100790⑈ 000000575200 ⑉

Nancy Curry Chapter 13 Trustee                                  Check No. 629247

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547803-VK | 431-0 | MAYS, TRAVIS L. | 99060194-28 | 0.00 | 35.57 | 0.00 | 35.57 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

November 16, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 629247

PAY** Thirty Five Dollars and 57 Cents********************************************

TO THE ORDER OF

AMOUNT **********$35.57 ***

VOID AFTER February 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑆629247⑆ ⑈061100790⑈ 000000575200 ⑆