```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014    FAX (213) 689-3055

 4
                    UNITED STATES BANKRUPTCY COURT
 5                   CENTRAL DISTRICT OF CALIFORNIA

 6

 7  In re:                        ) Case No.: 2:05-bk-47803-VK
                                  )
 8     Mays, Travis               ) TRUSTEE'S NOTICE OF
                                  ) UNCLAIMED DIVIDEND
 9                                ) (Bankruptcy Rule 3011)
                                  )
                                  )
10                                )

11       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

12       Please find annexed hereto Check No. 629245 in the sum of

13  $2,929.09 representing the total amount of unclaimed dividend in

14  the above-entitled debtor's estate.  The check was not

15  deliverable at the address of record.  The Trustee, after due

16  diligence, has not been able to locate the payee.  Said sum is

17  paid over to you pursuant to Bankruptcy Rule 3011.  The record

18  reflects the name and address of the party entitled to said

19  unclaimed dividend to be:

20           Citicorp Vendor Finance
             ATN:  Katie Nanneman
21           1800 Overcenter Drive
             Moberly, MO  65270
22

23
                                          _____
24  Date: November 24, 2010
                                              NANCY CURRY
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                   Check No. 629245

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547803-VK | 406-0 | MAYS, TRAVIS L. | 4080830 | 0.00 | 2,929.09 | 0.00 | 2,929.09 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

November 18, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79/611

No. 629245

PAY** Two Thousand Nine Hundred Twenty Nine Dollars and 09 Cents*************************
TO THE ORDER OF

AMOUNT **********$2,929.09***

VOID AFTER February 14, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑇629245⑇ ⑈061100790⑈ 000000575200 ⑇