1  Nancy Curry
   Chapter 13 Trustee
2  606 S. Olive Street, Suite 950
   Los Angeles, CA  90014
3  (213) 689-3014   FAX (213) 689-3055

4

5              UNITED STATES BANKRUPTCY COURT
               CENTRAL DISTRICT OF CALIFORNIA
6

7  In re:                     ) Case No.: 2:05-bk-47803 ER
                              )
8    Mays, Travis L.          ) TRUSTEE'S NOTICE OF
                              ) UNCLAIMED DIVIDEND
9                             ) (Bankruptcy Rule 3011)
                              )
10                            )
                              )
11
        TO THE CLERK OF THE ABOVE-ENTITLED COURT:
12
        Please find annexed hereto Check No. 631574 in the sum of
13
   $18.05 representing the total amount of unclaimed dividend in
14
   the above-entitled debtor's estate.  The check was not
15
   deliverable at the address of record.  The Trustee, after due
16
   diligence, has not been able to locate the payee.  Said sum is
17
   paid over to you pursuant to Bankruptcy Rule 3011.  The record
18
   reflects the name and address of the party entitled to said
19
   unclaimed dividend to be:
20
                    US First FCU
21                  P.O. Box 60097
                    City of Industry, CA 91716
22

23

24  Date: January 20, 2011              /s/ Nancy Curry
25

            NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

                              - 1 -

Nancy Curry Chapter 13 Trustee                             Check No. 631574

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0547803-ER | 431-0 | MAYS, TRAVIS L. | 99060194-28 | 1.57 | 18.05 | 0.00 | 18.05 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 631574

PAY**Eighteen Dollars and 05 Cents***************************************
TO THE ORDER OF

AMOUNT ******$18.05 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631574⑈ ⑆061100790⑆ 000000575200 ⑈